IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**VICTORIA WELCH**,

   On behalf of herself and those similarly situated,

       Plaintiff,

v.

**SCHUTZ CONTAINER SYSTEMS, INC.**,

       Defendant.

Case No. 1:23-cv-3970-ESK-SAK

Magistrate Judge Sharon A. King

## REPRESENTATIVE PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT

Representative Plaintiff Victoria Welch ("Representative Plaintiff"), and Defendant Schutz Container Systems, Inc. ("Defendant"), have entered into a Settlement Agreement ("Settlement" or "Settlement Agreement") that resolves the claims alleged in this matter. Defendant does not oppose the instant Motion.

Representative Plaintiff, through her undersigned counsel, respectfully moves this Court for an Order:

1. Approving the Parties' Settlement Agreement (attached as Exhibit 1) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. For settlement purposes, certifying the following as a collective pursuant to 29 U.S.C. § 216(b):

> All current and former hourly production employees of Defendant who were paid for at least forty (40) hours of work in one or more workweeks beginning three (3) years prior to the filing of this Complaint and continuing through the date of judgment (the "FLSA Collective" or the "FLSA Collective Members"); and

3. Entering final judgment in this case and dismissing it with prejudice in accordance with the terms of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Final Order is submitted for the Court's consideration.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: September 15, 2025 | s/ Ravi Sattiraju |
| | Ravi Sattiraju, Esq. |
| | **SATTIRAJU & THARNEY, LLP** |
| | 50 Millstone Road, Building 300, Suite 202 |
| | East Windsor, New Jersey 08520 |
| | Telephone: (609) 469-2110 |
| | Facsimile: (609) 228-5649 |
| | Email: rsattiraju@s-tlawfirm.com |
| | |
| | Matthew J.P. Coffman, Esq. (*pro hac vice*) |
| | **COFFMAN LEGAL, LLC** |
| | 1550 Old Henderson Road, Suite # 126 |
| | Columbus, Ohio 43220 |
| | Telephone: (614) 949-1181 |
| | Facsimile: (614) 386-9964 |
| | Email: mcoffman@mcoffmanlegal.com |
| | |
| | Daniel I. Bryant, Esq. (*pro hac vice*) |
| | **BRYANT LEGAL, LLC** |
| | 4400 N. High St., Suite 310 |
| | Columbus, Ohio 43214 |
| | Telephone: (614) 704-0546 |
| | Facsimile: (614) 573-9826 |
| | Email: dbryant@bryantlegalllc.com |
| | |
| | *Attorneys for Plaintiff Victoria Welch, on behalf of herself and those similarly situated* |

## CERTIFICATE OF NON-OPPOSITION

  Pursuant to Local Rule 7.1(b), I certify that I have conferred with counsel for Defendant, and Defendant does not contest this Motion.

| | |
|---|---|
| Dated:  September 15, 2025 | *s/ Ravi Sattiraju*<br>Ravi Sattiraju, Esq.<br>**SATTIRAJU & THARNEY, LLP**<br>50 Millstone Road, Building 300, Suite 202<br>East Windsor, New Jersey 08520<br>Telephone:  (609) 469-2110<br>Facsimile:  (609) 228-5649<br>Email:  rsattiraju@s-tlawfirm.com |